# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                    Case No.  6:07-mj-1121-31JGG

**DEREK MASON**

## MEMORANDUM OF DECISION

Defendant Derek Mason, AFD Michele Smith, AUSA Bruce Hinshelwood, and PTS Officer Donna Weibe appeared at a status conference at 4:10 p.m. on April 13, 2007. Pursuant to this Court's [9] order of release and [13] order vacating the stay pending appeal, Mason was released on previously-stated conditions, with release processing to follow from the jail this evening. Docket Nos. 9, 13.

At the status conference, the government orally asked the Court not to release Mason today for three reasons. First, the government just filed a [15] Motion to Reconsider Release on the grounds that the district judge did not review the transcript of the proceeding. Second, although there is no Electronic Monitoring ["EM"] requirement for this violation, Pretrial Services has not yet verified whether Mason's residence is suitable for EM. Third, the Orange County Sheriff's Office is closed until Monday, so Mason can no longer meet the Court's requirement that he register as a sex offender within 24 hours of release from custody. The Court rejects each argument.

The government's first argument is directly contrary to the position taken by the government at the conclusion of the bond hearing on April 12. At that time, AUSA Hawkins stated that the government intended to seek the reversal of the release order without ordering a transcript of the

hearing for the district judge. The government ordered an expedited transcript only at the Court's insistence that the district court be able to review what happened at the detention hearing. The government's [15] Motion for District Court to Reconsider Denial of Government's Motion for Revocation of Order of Release remains pending before the Honorable Gregory A. Presnell.

Second, contrary to the government's assertion, the Court imposed EM with GPS as one of several conditions in its release order because EM is a mandatory release condition in a case involving failure to register as a sex offender. *See* 18 U.S.C. § 3142 (c)(1)(last paragraph). Nevertheless, Mason should not lose his employment and apartment because of delay resulting from the government's appeal, or because the government has cut funding for Pretrial Services in this district that results in fewer officers. The requirement that Pretrial Services verify EM suitability and the requirement that Mason register as a sex offender within 24 hours of release are extended until Monday, April 16 at 4:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on this 13th day of April, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE